ORIGINAL

Pauley, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
LYDIA M. RAMOS,                  :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :  STIPULATION AND ORDER
                                 :  07 Civ. 7711 (WHP)(DFE)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

     IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from January 15, 2008

to and including March 16, 2008.  This extension is requested



because defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       December 31, 2007

>  *[signature]*
> LYDIA M. RAMOS
> Plaintiff Pro Se
> 1670 E. 174th Street
> Apt. #4C
> Bronx, New York 10472
> Telephone No. (908)240-7418
>
> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for Defendant
>
> By: *[signature]*
> JOHN E. GURA, JR.
> Assistant United States Attorney
> 86 Chambers Street, 3rd Floor
> New York, New York   10007
> Telephone No.: (212) 637-2712
> John.Gura@usdoj.gov

SO ORDERED: 1/24/08

*[signature]*
UNITED STATES MAGISTRATE JUDGE