MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
LYDIA RAMOS,                               :
                Plaintiff,                 :    BRIEFING SCHEDULE
                                           :
        - v. -                             :    07 Civ. 7711(WHP)(DFE)
                                           :
MICHAEL J. ASTRUE,                         :
Commissioner of Social Security,           :
                Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - x

Defendant having filed his answer to the complaint on March 20, 2008,

IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before July 22, 2008;

2. Plaintiff's response to the motion shall be served and filed on or before August 28, 2008; and

3. Defendant's reply shall be served and filed on or before September 12, 2008.

SO ORDERED: MAY 30, 2008

_____
United States Magistrate Judge

USDC SDNY
DATE SCANNED 6/30/08
TOTAL P.03