

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 21, 2008

BY FAX
Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

Re: Lydia Ramos v. Astrue
    07 CV 7711 (WHP)(DFE)

Dear Magistrate Judge Eaton:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request the Court's approval of an extension of the briefing schedule for this case.

Defendant filed an answer in this case on March 20, 2008. Pursuant to the Court's order of May 30, 2008, defendant's motion for judgment on the pleadings is due tomorrow, July 22, 2008; plaintiff's opposition and cross motion for judgment on the pleadings is due August 29, 2008; and defendant's reply, if any, is due September 12, 2008. This case was reassigned to me after the answer was filed. I have not yet completed my review of the administrative record in preparation for defendant's motion. Accordingly, I respectfully request a <u>three-day extension</u> of time to file defendant's motion, <u>to July 25, 2008</u>; all other dates in the briefing schedule will remain the same. Plaintiff has kindly consented to this request.

Thank you for your consideration of this matter.

7/21/08 —
I grant this request.
Douglas F. Eaton

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

**MEMO ENDORSED**

Enclosure
cc: Lynn Ventora, Esq.

USDC SDNY
DATE SCANNED 7/22/08       TOTAL P.02