MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
:
LYDIA RAMOS,                             :   REVISED
                                         :   BRIEFING SCHEDULE
              Plaintiff,                 :
                                         :
         - v. -                          :   07 Civ. 7711(WHP)(DFE)
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of Social Security,         :
                                         :
              Defendant.                 :
- - - - - - - - - - - - - - - - - - - x

       Defendant having filed his answer to the complaint on March 20, 2008,

       IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before August 25, 2008;

2. Plaintiff's response to the motion shall be served and filed on or before September 24, 2008; and

3. Defendant's reply shall be served and filed on or before October 15, 2008.

SO ORDERED: July 25, 2008

_____
United States Magistrate Judge

USDC SDNY
DATE SCANNED 7/28/08

TOTAL P.03