MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
LYDIA M. RAMOS,                     :
                                    :
                    Plaintiff,      :
                                    :
          - v. -                    :     STIPULATION AND ORDER
                                    :           OF REMAND
MICHAEL J. ASTRUE,                  :
Commissioner of                     :     07 Civ. 7711 (WHP)(DFE)
Social Security,                    :
                    Defendant.      :
- - - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorneys for the defendant and the plaintiff, that this action

be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       August 14, 2008

                                      LYNN VENTORA, ESQ.
                                      55 West 125th Street
                                      10th Floor
                                      New York, New York 10027
                                      Telephone No. (212) 348-4851

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No. (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
9/2/08